COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-20-00777-CV |
| Trial Court Cause Number: | 2019-57418 |
| Style: | Nationwide Coin & Bullion Reserve, Inc. and Dallas Paskell, Turner Jones, Lawrence Kuykendall and Melida Jones |
| | **v.** William Ciarlone |
| Date motion filed: | August 9, 2022 |
| Type of motion: | Motion to Extend Word Limit for Response to Motion for Rehearing En Banc |
| Party filing motion: | Appellee William Ciarlone |

Ordered that motion is:

☒ Granted


☒ Other:

Should appellants Nationwide Coin & Bullion Reserve, Inc. and Dallas Paskell, Turner Jones, Lawrence Kuykendall, and Melida Jones choose to file a reply to the motion for rehearing en banc, the reply may contain an additional 1,000 words.


Judge's signature: /s**/ Peter Kelly**
     ☒ Acting individually


Date: August 11, 2022